# EXHIBIT A

# Exhibit A

| Transferee/Creditor | Transferor/Debtor | Date of Transfer | Amount of Transfer | Reason for Payment or Transfer/ Relationship to Debtor |
|---|---|---|---|---|
| VOTUM ENTERPRISES LLC c/o Alterna Capital P.O. Box 936601 Atlanta, GA 31193 | Christmas Tree Shops LLC | 3/10/2023 | $12,660.00 | Vendors |
| VOTUM ENTERPRISES LLC c/o Alterna Capital P.O. Box 936601 Atlanta, GA 31193 | Christmas Tree Shops LLC | 4/4/2023 | $44,325.60 | Vendors |
|  |  |  | $56,985.60 |  |

4916-6641-1070.1 57097.001